UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER W. MASH,<br><br>  Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br><br>  Defendant(s). | Case Number: C 13-2016 PJH<br><br>[~~PROPOSED~~] **ORDER DISMISSING CASE WITH PREJUDICE** |

PURSUANT TO THE STIPULATION, and to Civ. LR 7-12, this case is ordered dismissed with prejudice.

DATED:   January 28       , 2014.

_____

Phyllis J. Hamilton

United States District Judge